UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RONALD BOST,

    Petitioner,

vs.                                  Case No. 3:09-cv-1028-J-32JRK

WALTER A. MCNEIL,
et al.,

    Respondents.
_____

**ORDER**

    Petitioner, **on or before January 3, 2011**, shall either file his reply to Respondents' Answer in Response to Order to Show Cause (Doc. #14) or inform the Court that he does not intend to do so.

    **DONE AND ORDERED** at Jacksonville, Florida, this 29th day of September, 2010.

*[signature]*
JAMES R. KLINDT
United States Magistrate Judge

ps 9/28
c:
Ronald Bost
Counsel of Record